■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICKIE BOLDEN, Appellant.—Appeal by defendant from a judgment of the Supreme Court, Queens County, rendered May 6, 1975, convicting him of attempted murder in the second degree and attempted kidnapping in the second degree, upon a jury verdict, and imposing sentence. Judgment affirmed. The only claim made on this appeal is that the trial court's comments concerning defendant's expert witness deprived defendant of a fair trial. We find no merit to that contention. Martuscello, Acting P. J., Cohalan, Rabin and Mollen, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GEORGE D. BOONE, Appellant.—Appeal by defendant from a judgment of the Supreme Court, Kings County, rendered August 17, 1973, convicting him of attempted robbery in the second degree and assault in the first degree, upon a jury verdict, and imposing sentence. Judgment reversed, on the law, and new trial ordered. The District Attorney consents to the reversal and direction for a new trial. At the trial, appellant testified in his own defense and denied having made any statements following his arrest to a Patrolman Belle. As part of the People's rebuttal case, Patrolman Belle testified that appellant had in fact made an admission to him. This testimony was not received as part of the People's main case because of the officer's failure to give the requisite warnings; it was offered solely for the purpose of impeaching appellant's credibility (see *Harris v New York*, 401 US 222). The trial court, however, failed to give any instructions as to the limited nature of the rebuttal testimony when it was offered and, during the charge, the jury was not clearly instructed that the admission could not be considered as evidence of guilt. Accordingly, a new trial is necessary. (See *People v Patterson*, 48 AD2d 933, where a codefendant was granted a new trial.) Martuscello, Acting P. J., Cohalan, Rabin and Mollen, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES BROADWATER, Appellant.—Judgment of the County Court, Nassau County, rendered May 17, 1976, affirmed. No opinion. This case is remitted to the County Court, Nassau County, for further proceedings pursuant to CPL 460.50 (subd 5). Martuscello, Acting P. J., Cohalan, Rabin and Mollen, JJ., concur.